UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
    )
    v.    )    Criminal Action No. 15-40026-TSH
    )
THOMAS B. FLEMING,    )
    Defendant    )

ORDER PUSUANT TO 18 U.S.C. § 3006A(f)
September 29, 2015

Hennessy, M.J.

    The court has found that Defendant Thomas B. Fleming is currently unable to directly pay the costs required to retain counsel.  Accordingly, the court has allowed Defendant's request for appointment of counsel and has appointed the Federal Public Defender to represent Defendant, pursuant to 18 U.S.C. § 3006A.

    However, the court further finds that Defendant has sufficient resources and income from which he can make payments in the amount of TWO HUNDRED AND FIFTY DOLLARS A MONTH ($250.00) towards a fund that will ultimately be used to partially compensate counsel who are appointed pursuant to 18 U.S.C. § 3006A.  Accordingly, pursuant to 18 U.S.C. § 3006A(f), the court hereby orders as follows:

1.  By no later than the last business day of each month while this case is pending, and beginning on October 30, 2015, Defendant shall mail by first class mail or hand deliver a check for $250 to the Clerk's Office, U.S. District Court, 595 Main Street, Worcester, Massachusetts 01608.  The check shall be made payable to "Clerk, U.S. District Court," and on the check shall be noted the docket number of this case, which is 15-cr-40030-

TSH, and the words, "CJA payment."

2. Defendant shall provide timely proof that the check has been mailed to his supervising probation officer at the Pretrial and Probation Services Department each month until this matter is concluded.

3. If Defendant's income changes, Defendant may, by motion, seek modification of this order based on changed circumstances.

4. The Clerk's Office is directed to mail a copy of this order to Defendant at the address appearing on the Pre-Trial Services Report by certified mail, return receipt requested, and shall forward copies to the Pre-Trial Services and Probation Department and the court's accounting department.

This order shall be an added condition of Defendant's release pending trial.  Failure to comply with any portion of this order may result in revocation of the court's appointment of counsel.

It is so ordered.

Dated:  September 29, 2015                    /s/ David H. Hennessy
                                              David H. Hennessy
                                              U.S. Magistrate Judge